IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB KELLY, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>STEPHENS COUNTY JAIL, *et al.*, )<br>)<br>        Defendants. ) | Case No. CIV-23-01094-PRW |

## ORDER

This matter is before the Court on United States Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 8). The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Erwin's Report and Recommendation *de novo* and agrees with the reasoning and conclusions therein. The Court thus **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the required filing fee or to respond to the Court's orders, and the pending motion (Dkt. 9) is **DENIED AS MOOT**.

    **IT IS SO ORDERED** this 23rd day of July 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE